SHARO, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme. Court, Appellate Division, Second Department. October 18, 1901.) Action by Paul Sharo, as administrator, etc., of Paul Sharo, Jr., deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.